FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 13 2021

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | NO. 3:21-00240 |
| --- | --- | --- |
| v. | ) | |
| | ) | 26 U.S.C. 5841 |
| | ) | 26 U.S.C. 5861(d) |
| GERSON HIDALGO ALFARO | ) | 26 U.S.C. 5871 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about March 12, 2021, in the Middle District of Tennessee, **GERSON HIDALGO ALFARO** did knowingly possess and transfer a machinegun, to wit: a Glock auto sear or Glock switch, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C. § 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 12, 2021, in the Middle District of Tennessee, **GERSON HIDALGO ALFARO** knowingly received and possessed a firearm that was not registered to him in the National Firearms Registration and Transfer Record, to wit: a Glock auto sear or Glock switch, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C. § 5845(b).

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about May 25, 2021, in the Middle District of Tennessee, **GERSON HIDALGO ALFARO** did knowingly possess and transfer a machinegun, to wit: a Glock auto sear or Glock switch, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C. § 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about May 25, 2021, in the Middle District of Tennessee, **GERSON HIDALGO ALFARO** knowingly received and possessed a firearm that was not registered to him in the National Firearms Registration and Transfer Record, to wit: a Glock auto sear or Glock switch, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C. § 5845(b).

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

1.  The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.  Upon conviction of Count One, Two, Three, or Four in the Indictment, **GERSON HIDALGO ALFARO** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense,

including a Glock auto sear or Glock switch, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C. § 5845(b).

A TRUE BILL

FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

JOSH KURTZMAN
ASSISTANT UNITED STATES ATTORNEY

3